ACCEPTED
03-14-00397-CV
5225674
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/11/2015 10:31:17 AM
JEFFREY D. KYLE
CLERK

## No. 03-14-00397-CV

In the Court of Appeals
for the Third Judicial District
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/11/2015 10:31:17 AM
JEFFREY D. KYLE
Clerk

**American Multi-Cinema, Inc.,**
Appellant/Cross-Appellee,

**v.**

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas,**
Appellees/Cross-Appellants.

On Appeal from the 200th Judicial District Court
Travis County, Texas

**Appellees'/Cross-Appellants' Unopposed Motion for Extension of Time to File a Motion for Rehearing and/or Reconsideration En Banc**

To the Honorable Third Court of Appeals:

Appellees/Cross-Appellants Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, file this unopposed motion under Rule 49.8 and 10.5(b) requesting that the time for filing a motion for rehearing and/or reconsideration en banc be extended for fourteen days,

from May 15, 2015 (the current due date) to May 29, 2015, and in support show as follows:

1. The Court rendered judgment on April 30, 2015.

2. Per Tex. R. App. P. 49.1, Appellees' motion for rehearing and/or reconsideration en banc is due within 15 days of the Court's judgment on May 15, 2015.

3. Per Tex. R. App. P. 49.8, Appellees timely request an additional 14 days to file a motion for rehearing and/or reconsideration en banc, extending the time to file to May 29, 2015.

4. Appellees have not previously requested to extend the time to file their motion for rehearing and/or reconsideration en banc.

5. Good cause exists to grant this request. This is a case of substantial importance to the State, and for that reason, it requires additional time to review the opinion and and fully brief the State's reasons for seeking rehearing and/or reconsideration en banc.

6. This extension is not being sought for purposes of delay but rather so that a thorough and clear motion for rehearing and/or reconsideration en banc may be presented to the Court.

7. Appellant/Cross-Appellee is not opposed to this motion.

8.     Wherefore, Appellees/Cross-Appellants Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of Texas, request that this motion be granted, and that the time for filing a motion for rehearing and/or reconsideration en banc be extended to May 29, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ROBERT O'KEEFE
Division Chief
Financial Litigation, Tax, and
Charitable Trusts Division


*/s/Charles K. Eldred*
CHARLES K. ELDRED
Attorney-in-Charge
Financial Litigation, Tax, and
Charitable Trusts Division
State Bar No. 00793681
P.O. Box 12548
Austin, Texas 78711-2548
512-475-1743
512-477-2348 (fax)
charles.eldred@texasattorneygeneral.gov

*Attorneys for Appellees*

## CERTIFICATE OF CONFERENCE

I certify that conferred with Doug Sigel, counsel for Appellant/Cross-Appellee, and he does not oppose this Motion:


/s/Charles K. Eldred
Charles K. Eldred


## CERTIFICATE OF SERVICE

I certify that a copy of this document was served on May 11, 2015 on Doug Sigel, counsel for Appellant/Cross-Appellee, to doug.sigel@ryanlawllp.com.


/s/Charles K. Eldred
Charles K. Eldred